MARY A. JONES, Individually and as Administratrix of EVAN JONES, Deceased, et al., Respondents, *v.* ADELAIDE JONES et al., Appellants, Impleaded with Others.

*Jonés* v. *Jones,* 68 App. Div. 5, affirmed.
(Argued May 5, 1902; decided May 20, 1902.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1902, which affirmed an order of Special Term reviving a certain action in the name of the above-named plaintiffs and defendants.

The following is the question certified: "On the undisputed facts, did any Statute of Limitations constitute a bar to plaintiffs' motion for revivor?"

*Jacob F. Miller* for appellants.

*Herbert Parsons* and *Edward M. Shepard* for respondents.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.